Pro Se 14 (INND Rev. 2/20)

page 1

FILED
06/16/2023 WBV
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Clerk of Court

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Rene Vela,
[You are the PLAINTIFF, print your full name on this line.]

v.

Lt. Young,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 3:23-cv-559
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Lieutenant Young | Heritage Trail Corr. Fac. 727 Moon Rd. Plainfield, IN. 46168 |
| 2 | Sgt. Olauf (unsure of spelling) | Heritage Trail Corr. Fac. 727 Moon Rd. Plainfield, IN. 46168 |
| 3 | DHB Chairman (unsure of spelling) Sgt. Fanneloyd or Fanlen Doyle | Heritage Trail Corr. Fac. 727 Moon Rd. Plainfield, IN. 46168 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 6
2. What is the name and address of your prison or jail? Wabash Valley Corr. Fac. P.O. Box 1111, Carlisle, IN. 47838
3. Did the event you are suing about happen there? ○ Yes. ⊗ No, it happened at: Heritage Trail Corr. Fac. 727 Moon Rd. Plainfield, IN.
4. On what date did this event occur? January 22nd 2023

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

BK2

Defendants List Continued...

4. Sgt. Name Unknown Male
5. Custody Officer Male Name Unknown
6. Custody Officer Female Name Unknown

Work Address for all Defendants

Heritage Trail Correctional Fac.
727 Moon Rd.
Plainfield, Ind.
46168

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On January 22nd around 4am before breakfast at Heritage Trail Cor. Fac. in 3 dorm I was walking past the Officers Office to my bunk in an open dorm which was located directly in front of Office where the Custody Officer female Name Unknown was asleep and she woke up and came out and called stand by for breakfast. She then approached me and accused me of trafficking at the connect door to the other dorm. Custody Officer Female Name Unknown stated she saw me with her own eyes I told her that was impossible because I never did that and because she was sleeping. I told her to check the cameras cause the facility has state of the Art camera system she began to yell at me calling me a liar and called a signal for another officer to respond on her radio. Custody Officer Male Name

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

BK2

Claims and Facts (continued)

Unknown came in and approached me asking what was going on I explained that Custody Officer Female Name Unknown lied on me and then Custody Officer Male Name Unknown stated they were gonna search my property I said that's fine go ahead. Custody Officer Male Name Unknown found 2 Med pills on my bed I told him that they were Ibuprofen and asked if he wanted to see the bottle they came in off of Commissary he said yes so I started to walk away to get the bottle then Custody Officer Male Name Unknown and Custody Officer Female Name Unknown began to yell for me to not leave the area and stay still I told them that they just said they wanted to see the bottle at which time C.O. Female Name Unknown made another Radio call for assistance and SGT. Name Unknown Male come in yelling at me as well Reaching for his handcuffs and mace I stated I posed no threat I wasn't Refusing to cooperate and had done nothing wrong and told him to check the cameras and he would see that C.O. Female Name Unknown had lied on me and made 2 false Radio calls for assistance. I began to walk away from the 3 officers staying in sight Just giving space to show I posed no threat and diffuse the

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

BK 2

Situation. At which time Sgt. Name Unknown Male who had been unable to get his handcuffs and mace free of his belt finally got his handcuffs free and threw his hand up and out as if to point at me but instead threw the handcuffs at my head and face! They then fell on the floor I bent down to pick them up at which time I looked up and seen that Sgt. Name Unknown Male got his mace free of his belt and aimed the pistol gripped spray can of mace at me and began to spray me continuously! I had already witnessed the staff mace and assault other inmates at this facility before so I lunged forward to ward off the stream of mace from Sgt. Name Unknown Male C.O. Male Name Unknown began to throw punches at me with handcuffs on his hands like brass knuckles I could barely breath or see yet was still trying to prevent serious injury or bodily harm to myself at which time Sgt. Name Unknown Male and C.O. Male Name Unknown stopped and backed away from me I stood up calmly and began having more difficulty breathing I was bleeding from nose and forehead and fingers being bitten by C.O. Male Name Unknown at which time both Sgt. Name Unknown and C.O. Male Name Unknown began to spray me with Mace again. At this time Sgt. Olauf (unsure of spelling) came in unseen by me and jumped on me from behind the other 2 Sgt Name Unknown Male and C.O. Male Name Unknown also jumped on me as well with Sgt. Olauf I kept yelling I couldn't breath or see and was not fighting to which I was slammed head first against a steel bar splitting head open badly and losing consciousness at which time I was handcuffed and the 3 of them Sgt. Olauf Sgt Name Unknown Male and C.O. Male Name Unknown began to yank me to my feet repeatedly by hand cuffs on my wrists but I was unconscious and limp all the while bleeding badly bloody and C.O. Female Name Unknown watched this cruel and unusual punishment and excessive force she caused with her lie and false radio calls she did nothing to stop the assault and mistreatment she failed to intervene and breach of duty. At which time the

whole dorm of offenders had begun yelling at the officers that they needed to stop I was unconscious bloody bleeding and unable to breath. Then SGT. Olauf SGT. Name Unknown Male and C.O. Male Name Unknown began to drag me across floor by my handcuffs while I was unconscious to the stairwell on my back at which point they SGT. Olauf SGT. Name Unknown Male and C.O. Male Name Unknown began to drag me down the 2 flights of stairs still by the handcuffs on my wrists causing extreme pain bruising and swelling on my wrists and hands and the stairs caused my pants and boxers and shoes to come off and down from being dragged down then cutting and scraping back buttocks legs and feet all while still covered in blood bleeding unconscious and extreme difficulty breathing. The inmates finally made the officers stop hurting me and dragging me. SGT Olauf SGT. Name Unknown Male and C.O. Male Name Unknown then just abandoned my unconscious bloody bleeding unable to breath handcuffed naked body at bottom of stairwell and run out of dorm! The inmates then carried me out to the foyer and pulled my boxers and pants back up and cleaned my face with wet towel to help me breath and regain consciousness. Some officer outside of Dorm hollered in that an ambulance was there for me and that they needed to come in and get me at which time SGT. Olauf came in and helped me up and walked me outside where I was then dragged to medical after collapsing from pain and difficulty breathing to where I was under the assumption an ambulance was waiting for me, but there was never an ambulance at all I was only taken to the medical building and I was harassed and threatened with more physical violence by a Lieutenant who was in the medical building by the Name of Lieutenant Young I was then dragged into a cell and forced fully clothed into a shower handcuffed then I was left in a cell wet bloody bleeding handcuffed and freezing waiting for a nurse to come to the facility cause from 6pm to 6am there isn't any medical staff on the premises. When Nurse

got there I was taken from cell out to see her she was shocked and stated that she was going to call her superiors and report what had been done to me. She did what she could because she was rushed to hurry cause I was being emergency transferred so she put sterile strips on my big head gash and stated my head was broken or looked broken my wrists were badly bruised and swollen nose was cut from C.O. Male Name Unknown punching me with handcuffs he also split forehead open. I was then taken to the Duty Office by Sgt. Olauf along the way Sgt. Olauf stated that if C.O. Female Name Unknown had lied and her lies caused all of this to happen that I would not recieve any conduct report. When we entered Duty Office Lt. Young Sgt. Name Unknown Male C.O. Male Name Unknown and C.O. Female Name Unknown were there as well. Lt. Young was then informed of what all happened he then called on the phone to get an incident report # stating that I had assaulted staff when I was caught trafficking When Lt. Young got off of the phone him Sgt. Olauf Sgt. Name Unknown Male C.O. Male Name Unknown and C.O. Female Name Unknown all watched the camera footage and learned that C.O. Female Name Unknown did lie. Lt. Young then directed Sgt. Olauf to omit the beginning of how things started to leave out the I was caught trafficking by C.O. Female Name Unknown and to only make a conduct report stating how when he came into the dorm he had observed me being maced and fighting with Sgt. Name Unknown Male and C.O. Male Name Unknown. I was then Emergency Transferred to IDOC's Reception Diagnostic Center R.D.C. in Plainfield, IN. Upon arrival at RDC I was stripped down and photographed and all injuries were documented by intake staff. An officer at RDC by the Name of C.O. Munster told me that if all of this had happened at RDC that the officers involved would have all been handcuffed and waiting for State Police to arrive and take them under arrest. I was then placed in a wheelchair and treated given

Stitches in my head, my nose and forehead as well as back buttocks legs feet and fingers were all cleaned and bandaged cause of all the injuries I sustained x-rays were ordered as well. On the 27th of January 2023 the Heritage Trail Corr. Fac. DHB Chairman Sgt. Fanneloyd or Fannendoyle (unsure of spelling) found me guilty of a class A117 Assault on Staff. I told him I was assaulted and made him aware of how I was lied on and that the lies and false Radio Calls from C.O. Female Name Unknown had caused all of this to happen, and I told him how Lt. Young had made Sgt. Olauf Omit the true happenings and I asked if he had watched the camera footage and DHB Chairman Fannelayde stated he had. I have been refused a copy of the Conduct Report and never given one I've been refused copies of incident reports with everyones names. Lt. Young DHB Chairman Sgt. Fanneloyd C.O. Male Name Unknown C.O. Female Name Unknown Sgt. Name Unknown Male and Sgt. Olauf have all acted outside of his and or her authority. Sgt. Olauf Sgt. Name Unknown Male C.O. Male Name Unknown C.O. Female Name Unknown all failed to intervene, had a breach of Duty they had a duty to intervene when a person in their custody is at substantial risk of harm. 8th amendment violations by use of chemical agent by more than one officer for long periods of time combined with other force of violent extraction used to transport me to multiple locations is analytically/distinct from my so called assault on staff and my excessive force and cruel and unusual punishment claims do not undermine my Disciplinary convictions. I'm Justified to use force against a public servant by IC 35-41-3-2 to protect myself from reasonably believed use of unlawful force to prevent serious bodily injury. I didn't prevent anything however because most injuries occurred after I was cuffed and unconscious. The excessive force used caused a prison disturbance. Sgt. Olauf Sgt. Name Unknown Male and C.O. Male Name Unknown acted maliciously

and sadistically to cause me harm. They used pepper spray without warning when I may have questioned their actions but posed no threat. My claims have facial plausibility cause I plead factual content which allows the court to draw the reasonable inference the Defendants are liable for the misconduct. My claims and allegations are more than substantial enough to raise a right to relief above the speculative level.

The prison has the video footage as well as photos taken upon arrival at RDC all was used in Disciplinary hearing as evidence I Requested. The use of Undue force by Sgt. Ojaif, Sgt. Name Unknown Male and C.O. Male Name Unknown against me is actionable as a deprivation of Due Process.

Pro Se 14 (INND Rev. 2/20)                                                                                      page 10

5. When did this event happen?
   - ◯ Before I was confined.
   - ◯ While I was confined awaiting trial.
   - ☑ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☑ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ☑ No, this event is not grievable at this prison or jail.
   - ◯ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

I however did exhaust all administrative remedies of appeals to final steps.

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

I wish the officers be arrested for the crimes they are guilty of committing as well. I'm asking for $300,000.00 Three hundred thousand dollars in total monetary damages, for actual Damages of Mental Suffering, And Punitive Damages for the intentional maliciousness of their actions.

[Initial Each Statement]
- TW  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- TW  I will keep a copy of this complaint for my records.
- TW  I will promptly notify the court of any change of address.
- TW  I WILL NOT send more than one copy of any filing to the court.
- TW  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- TW  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 6/14/20 23 at 10 am/☑pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____                         998879
Signature                                          Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

BK2